# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 15−30494−KLP
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mary King Alexander
P.O. Box 15321
Richmond, VA 23227

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−4063

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on September 22, 2015 dismissing the above−captioned case.

Dated: September 22, 2015

For the Court,

[VAN015vDec2009.jsp]

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 15-30494-KLP
Mary King Alexander                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj            Page 1 of 3              Date Rcvd: Sep 22, 2015
                              Form ID: VAN015            Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2015.
```
db           +Mary King Alexander,    P.O. Box 15321,    Richmond, VA 23227-5321
cr           +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,    Plainview, NY 11803-4224
12739666     +Allied Cash Advance,    2312 Hungary Road,    Richmond, VA 23228-2122
12739670     +Brookwood Loan,    3440 Preston Ridge Rd Ste 500,    Alpharetta, GA 30005-3823
12739675     +Check into Cash,    7601 W Broad Street Suite E,    Richmond, VA 23294-3641
12739678      Comenity Bank/DRESSBRN,    P.O. Box 182789,    Indianapolis, IN 46218-0000
12896199      Credit First NA - BK13,    PO Box 818011,    Cleveland, OH 44181-8011
12764492     +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
12739686      Ditronics,    7699 West Coast Road,    Las Vegas, NV 89113-0000
12739691     +FMC-Omaha Service Ctr,    PO Box 542000,    Omaha, NE 68154-8000
12739692    ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
             (address filed with court: Focused Recovery Solutions,     Re: Neurological Associates,
               9701 Metropolitan Ct, Suite B,    Richmond, VA 23236-3662)
12854034     #Federal National Mortgage Association,    ("Fannie Mae), creditor,    c/o Seterus, Inc.,
               PO Box 2008,    Grand Rapids, MI 49501-2008
12739687     +Fedloan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12739689     +First Savings CC,    500 E 60th ST,    Sioux Falls, SD 57104-0478
12739697     +Greenpath Debt Solutions,    36500 Corporate Dr,    Farmington, MI 48331-3553
12901652     +Henrico Federal Credit Union,    9401 West Broad Street,    Henrico, VA 23294-5331
12739698     +Henrico Federal Credit Union,    PO Box 27032,    Henrico, VA 23273-7032
12739699     +Jason Alexander,    7705 Rachael Corrine Court,    Richmond, VA 23227-2130
12829440    ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
             (address filed with court: Lendmark Financial Services LLC,     2118 Usher Street,
               Covington, Georgia 30014)
12739700     +Lendmark Financial Servi,    7526 West Broad Street,    Henrico, VA 23294-3608
12783819     +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
12739704     +MCV Collection Department,    Re: Bankruptcy,    PO Box 980462,    Richmond, VA 23298-0462
12739702      Mariner Finance,    7445 Lee Davis Hwy,    Suite 106,    Nottingham, MD 21236-0000
12739703     +MaxLend,    PO Box 639,    Parshall, ND 58770-0639
12739705     +Natl Tire & BT/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
12739706    #+NetCredit,    200 West Jackson Blvd.,    Suite 2400,    Chicago, IL 60606-6941
12739707     +Neurological Associates, Inc.,    7301 Forest Avenue,    Suite 300,    Richmond, VA 23226-3792
12739709     +SunTrust Mortgage,    Attn: Bankruptcy Department,    PO Box 85526,    Richmond, VA 23285-5526
12743416     +U.S. Attorney,    600 E. Main St., 18th Flr,    Richmond, VA 23219-2430
12884907      U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
               Harrisburg PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12739666     +EDI: ALLIEDCASH.COM Sep 23 2015 02:23:00      Allied Cash Advance,    2312 Hungary Road,
               Richmond, VA 23228-2122
12762696      EDI: GMACFS.COM Sep 23 2015 02:23:00      Ally Financial,    PO Box 130424,
               Roseville, MN 55113-0004
12739667     +EDI: GMACFS.COM Sep 23 2015 02:23:00      Ally Financial,   Re: Bankruptcy,    PO Box 380901,
               Minneapolis, MN 55438-0901
12739668     +E-mail/Text: bk@avantcredit.com Sep 23 2015 02:35:21      AvantCredit of Virginia LLC,
               640 N. La Salle Dr.,Suite 535,    Chicago, IL 60654-3731
12739669      EDI: BANKAMER.COM Sep 23 2015 02:23:00      Bank of America,    1100 North King Street,
               Wilmington, DE 19884-2211
12739671      EDI: CAPITALONE.COM Sep 23 2015 02:23:00      Capital One,    PO Box 71083,
               Charlotte, NC 28272-1083
12739672     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Sep 23 2015 02:33:52      CashNetUSA,
               200 West Jackson,   Suite 1400,    Chicago, IL 60606-6929
12881568     +EDI: BASSASSOC.COM Sep 23 2015 02:23:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
12823761     +E-mail/Text: bankruptcy@cavps.com Sep 23 2015 02:34:55      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
12739673      EDI: CHASE.COM Sep 23 2015 02:23:00      Chase Bank USA,    PO Box 15145,
               Wilmington, DE 19850-5145
12751895     +E-mail/Text: heatherg@checkcity.com Sep 23 2015 02:34:02      Check City,
               2729-B West Broad Street,    Richmond, VA 23220-1905
12739674     +E-mail/Text: heatherg@checkcity.com Sep 23 2015 02:34:02      Check City,   Re: Bankruptcy,
               6001 West Broad Street,    Richmond, VA 23230-2221
12739676      EDI: CITICORP.COM Sep 23 2015 02:23:00      CitiCards CBNA,    701 E 60th Street N,
               Sioux Falls, SD 57104-0432
12739677      EDI: WFNNB.COM Sep 23 2015 02:23:00      Comenity Bank/ASHSTWRT,    P.O. Box 18289,
               Columbus, OH 43218-2789
12739679     +EDI: WFNNB.COM Sep 23 2015 02:23:00      Comenity Bank/HSN,    PO Box 182120,
               Columbus, OH 43218-2120
12739680     +EDI: WFNNB.COM Sep 23 2015 02:23:00      Comenity Bank/NWYRK&Co,    PO Box 182789,
               Columbus, OH 43218-2789
12739681     +EDI: WFNNB.COM Sep 23 2015 02:23:00      Comenity Bank/Peebles,    P.O. Box 182789,
               Columbus, OH 43218-2789
```

```
District/off: 0422-7           User: cummingsj               Page 2 of 3                  Date Rcvd: Sep 22, 2015
                               Form ID: VAN015               Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
12739682       +EDI: WFNNB.COM Sep 23 2015 02:23:00      Comenity bank/VALCTYFR,    P.O. Box 182789,
                 Columbus, OH 43218-2789
12739683       +EDI: WFNNB.COM Sep 23 2015 02:23:00      Comenity bank/VCTRSSEC,    P.O. Box 182789,
                 Columbus, OH 43218-2789
12739684        E-mail/Text: bankruptcy@co.henrico.va.us Sep 23 2015 02:35:00      County of Henrico,
                 Treasury Division,   P.O. Box 90775,    Henrico, VA 23273-0775
12739685        EDI: RCSFNBMARIN.COM Sep 23 2015 02:23:00      Credit One Bank,    PO Box 60500,
                 City Of Industry, CA 91716-0500
12773605        EDI: FORD.COM Sep 23 2015 02:23:00      Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962
12739688        EDI: CRFRSTNA.COM Sep 23 2015 02:23:00      Firestone,   Attn: Bankruptcy Dept.,    PO Box 81344,
                 Cleveland, OH 44188-0344
12739690       +Fax: 614-760-4092 Sep 23 2015 04:04:58      First Virginia,    4503 W. Broad St.,
                 Richmond, VA 23230-3203
12739693       +EDI: RMSC.COM Sep 23 2015 02:23:00      GECRB/JCP,   Re: Bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
12739694        EDI: RMSC.COM Sep 23 2015 02:23:00      GECRB/Lowes,    P.O. Box 965005,    Orlando, FL 32896-5005
12739695       +EDI: RMSC.COM Sep 23 2015 02:23:00      GECRB/Sam's,    Attn: Bankruptcy Department,
                 PO Box 103104,   Roswell, GA 30076-9104
12739696       +EDI: RMSC.COM Sep 23 2015 02:23:00      GECRB/Wal Mart,    PO BOX 276,    Mail code OH 3-4258,
                 Dayton, OH 45401-0276
12987807        E-mail/Text: bankruptcy@co.henrico.va.us Sep 23 2015 02:35:00      HENRICO COUNTY, VIRGINIA,
                 RHYSA SOUTH,    SR. ASST. COUNTY ATTORNEY,    P.O. BOX 90775,    HENRICO, VA 23273-0775
12922025        EDI: RESURGENT.COM Sep 23 2015 02:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
12739701       +EDI: TSYS2.COM Sep 23 2015 02:23:00      Macy's/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
12739706       +E-mail/Text: Bankruptcy_3rdParty_Team@cashnetusa.com Sep 23 2015 02:35:30      NetCredit,
                 200 West Jackson Blvd.,    Suite 2400,   Chicago, IL 60606-6941
12739665       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Sep 23 2015 02:34:27      Office of the US Trustee,
                 701 E. Broad Street,    Room 4304,   Richmond, VA 23219-1885
12927528        EDI: PRA.COM Sep 23 2015 02:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
12797747        EDI: Q3G.COM Sep 23 2015 02:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
12797746        EDI: Q3G.COM Sep 23 2015 02:23:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
12739708        EDI: AGFINANCE.COM Sep 23 2015 02:23:00      Springleaf Financial Services,
                 7007 Mechanicsville Tpke #103,    Mechanicsville, VA 23111-0000
12757963        EDI: AGFINANCE.COM Sep 23 2015 02:23:00      Springleaf Financial Services,    PO Box 3251,
                 Evansville, IN 47731
12757597       +E-mail/Text: pamela.powell@suntrust.com Sep 23 2015 02:35:06      SUNTRUST MORTGAGE, INC.,
                 BANKRUPTCY DEPARTMENT RVW-3034,    PO BOX 27767,    RICHMOND, VA 23261-7767
12771273       +EDI: STF1.COM Sep 23 2015 02:23:00      SUNTRUST MORTGAGE, INC.,    1001 SEMMES AVE. RVW-3034,
                 RICHMOND, VA 23224-2245
12772688       +E-mail/Text: bncmail@w-legal.com Sep 23 2015 02:34:40      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12739710       +EDI: WTRRNBANK.COM Sep 23 2015 02:23:00      TD Bank USA/Targetcredit,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
12739711        EDI: USAA.COM Sep 23 2015 02:23:00      USAA Credit Card Services,    P.O. Box 14050,
                 Las Vegas, NV 89114-4050
12739712       +EDI: WFNNB.COM Sep 23 2015 02:23:00      Value City Furniture,    Re: Bankruptcy,
                 P.O Box 659704,   San Antonio, TX 78265-9704
12868881        EDI: ECAST.COM Sep 23 2015 02:23:00      eCAST Settlement Corporation assignee of Citibank,   NA,
                 POB 29262,   New York NY 10087-9262
                                                                                              TOTAL: 45

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Federal National Mortgage Association (''FNMA'')
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0422-7          User: cummingsj              Page 3 of 3              Date Rcvd: Sep 22, 2015
                              Form ID: VAN015              Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2015 at the address(es) listed below:
              Kathryn E. Smits    on behalf of Creditor    Federal National Mortgage Association (''FNMA'')
               ksmits@atlanticlawgrp.com
              Laura Taylor Alridge    on behalf of Debtor Mary King  Alexander ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Lisa B. Singer    on behalf of Creditor    Federal National Mortgage Association (''FNMA'')
               Bkmail@rosicki.com
              Lisa B. Singer    on behalf of Creditor    Federal National Mortgage Association Bkmail@rosicki.com
              Patrick Thomas Keith    on behalf of Debtor Mary King  Alexander ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Suzanne E. Wade    station08@ricva.net,   ecfsummary@ricva.net
                                                                                             TOTAL: 6
```